IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PERSON, | No. 2:21-CV-1522-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 31, 2021, the Court directed Plaintiff to resolve the fees status for this case by either filing a motion for leave to proceed in forma pauperis or by paying the fling fees. See ECF No. 3. Plaintiff paid the filing fees. On December 1, 2021, the Court determined Plaintiff's first amended complaint is appropriate for service on Defendants Jones an Reema. See ECF No. 7. Plaintiff was informed that, should he desire service of process by the United States Marshal without pre-payment of costs therefor, he must obtain in forma pauperis status, which Plaintiff has, to date, not sought. Therefore, while Plaintiff has submitted documents necessary for service by the United States Marshal, Plaintiff is not entitled to service by the United States

/ / /

/ / /

1

1 | Marshal.  Plaintiff must accomplish service of process at his own expense within 90 days of the
2 | date of this order.  See Fed. R. Civ. P. 4(m).
3 |         IT IS SO ORDERED.

Dated:  January 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE