1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER PERSON,

                      Plaintiff,

vs.

SCOTT JONES, et al.,

                      Defendants.

Case No. 2:21-CV-1522-WBS-DMC-P

**STIPULATION AND ORDER TO FILE A SECOND AMENDED COMPLAINT**

**L.R. 137(c)**

Plaintiff WALTER PERSON, and Defendants SHERIFF JONES and REEMA SINGH, by and through counsel Jonathan B. Paul, Esq., and Christopher L. Janof, Esq., of RIVERA HEWITT PAUL LLP, hereby stipulate and have agreed to Plaintiff's filing of a Second Amended Complaint as follows:

1.       Plaintiff's original complaint at ECF No. 1 was filed on August 25, 2021. His First Amended Complaint at ECF No. 5 was filed on September 13, 2021. It contains one claim against defendants under 42 U.S.C. § 1983 for Eighth Amendment cruel and unusual punishment.

2.       Defendants filed a motion to dismiss the first amended complaint at ECF No. 13 on March 21, 2022.

        / / /

3.      In response to defendants' motion to dismiss, Plaintiff now seeks leave to file a Second Amended Complaint to cure the deficiencies outlined in the Motion to Dismiss.

4.      The parties have met and conferred regarding Plaintiff's filing of a Second Amended Complaint, attached hereto as Exhibit 1, and wish to make the Second Amended Complaint the operative pleading in this case. Therefore, the parties have agreed and do stipulate to Plaintiff's filing and service of a Second Amended Complaint within twenty-one (21) days of the U.S. Magistrate Judge's signed order.

IT IS SO STIPULATED.

DATED: April 11, 2022                    /s/ *Walter Person*
                                         (Original Signature Retained by Attorney)
                                         WALTER PERSON


DATED: April 11, 2022                    RIVERA HEWITT PAUL LLP

                                         /s/ *Christopher L. Janof*
                                         JONATHAN B. PAUL
                                         CHRISTOPHER L. JANOF
                                         Attorneys for Defendants
                                         SHERIFF JONES and
                                         REEMA SINGH

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER**

Pursuant to the parties' signed stipulation, ECF No. 14, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that:

1.      The parties' stipulation for the filing of a second amended complaint, as modified below, is approved;

2.      The Clerk of the Court is directed to file the second amended complaint attached to the parties' stipulation at Exhibit 1, ECF No. 14, pgs. 4-8;

3.      Defendants shall file an answer to the second amended complaint within 30 days of the date of this order; and

4.      The Clerk of the Court is directed to terminate defendants' motion to dismiss the first amended complaint, ECF No. 13, as a pending motion.

Dated:  April 12, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT