IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PERSON, | No. 2:21-CV-1522-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 24, for reconsideration of the Magistrate Judge's June 6, 2022, Order, ECF No. 21.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The motion for reconsideration, ECF No. 24, is denied;

3      2.    The Magistrate Judge's June 6, 2022, order is affirmed; and

4      3.    No further motions for reconsideration of this order will be considered.

5  Dated: December 22, 2022

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE