**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER PERSON, | No. 2:21-CV-1522-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SCOTT JONES, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On February 8, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2023, are adopted in full;

2. Defendants' request for judicial notice, ECF No. 18-2, is granted;

3. Defendants' motion to dismiss, ECF No. 18, is granted;

4. Plaintiff's second amended complaint, ECF No. 16, is dismissed with leave to amend;

5. The third amended complaint filed on February 21, 2023, ECF No. 28, is deemed properly filed and to be the operative complaint;

6. Defendants shall file a response to Plaintiff's third amended complaint within 30 days of the date of this order; and

7. The matter is referred back to the assigned Magistrate Judge.

Dated: March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE