# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PERSON, | No. 2:21-CV-1522-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On July 14, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2023, are adopted in full.
2. Defendants' unopposed motion to dismiss, ECF No. 32, is GRANTED.
3. Plaintiff's third amended complaint is DISMISSED, without leave to amend.
4. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  August 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE